# United States District Court
## For The Western District of North Carolina
## Charlotte Division

In re:
Gloria C. Mosley,

    Debtor/Appellant.

Countrywide Home Loans, Inc.,

    Movant,                            JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-31

Gloria C. Mosley and
Warren L. Tadlock, Trustee,

    Respondents.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/18/2008 Order.

                                                             Signed: February 19, 2008

                                                             Frank G. Johns, Clerk
                                                             United States District Court